■ EDWARD J. CAZA et al., Appellants, v L.P. CIMINELLI CONSTRUCTION COMPANY, Defendant, and L.P. CIMINELLI, INC.,

et al., Respondents. [40 NYS3d 314]—Appeal from an order of the Supreme Court, Erie County (Timothy J. Drury, J.), entered September 15, 2015. The order, among other things, granted defendants' motion for summary judgment dismissing plaintiffs' complaint.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court (2015 NY Slip Op — [Sup Ct, Erie County 2015]). Present—Peradotto, J.P., NeMoyer, Curran and Troutman, JJ.